# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| W. Dennis Lord ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 3:18-cv-729 |
| v. ) | |
| SESAC, Inc. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SESAC, Inc., c/o Registered Agent:
Corporation Service Company
2908 Poston Avenue
Nashville, Tennessee 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas B. Janney III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/06/2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18-cv-00729

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SESAC, Inc.
was received by me on *(date)* 08/07/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corporation Service Company , who is
designated by law to accept service of process on behalf of *(name of organization)* SESAC, Inc.
by Certified U.S. Mail, proof attached on *(date)* 08/10/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 5.87 for travel and $ _____ for services, for a total of $ 5.87 .

I declare under penalty of perjury that this information is true.

Date: 08/15/2018                     s/Douglas B. Janney III
                                      *Server's signature*

                                      Douglas B. Janney III, Attorney
                                      *Printed name and title*

                                      2002 Richard Jones Road, Suite B-200, Nashville, TN 37215

                                      *Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70180360000210000705

**Expected Delivery by**

**FRIDAY**
**10** AUGUST 2018 ⓘ

by **8:00pm** ⓘ

✅ **Delivered**

August 10, 2018 at 9:20 am
Delivered, Individual Picked Up at Postal Facility
NASHVILLE, TN 37203

Get Updates ⌄



---

Text & Email Updates　　　⌄

---

Return Receipt Electronic　　　⌄

---

Tracking History　　　⌄

---

Product Information　　　⌄

---

See Less ⌃