# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| W. DENNIS LORD, | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:18-cv-00729** |
| | ) | |
| | ) | **Judge Waverly D. Crenshaw** |
| | ) | **Magistrate Judge Jeffery S. Frensley** |
| SESAC, INC. | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant SESAC, Inc.

| | |
|---|---|
| August 20, 2018 | s/ Kenneth A. Weber |
| *Date* | Kenneth A. Weber, BPR No. 015730 |
| | Jennifer G. Cook, BPR No. 020027 |
| | BAKER, DONELSON, BEARMAN, |
| | CALDWELL & BERKOWITZ, P.C. |
| | Baker Donelson Center |
| | 211 Commerce Street, Suite 800 |
| | Nashville, Tennessee 37201 |
| | Telephone: (615) 726-7369 |
| | Facsimile: (615) 744-7369 |
| | Email: kweber@bakerdonelson.com |
| | Email: jcook@bakerdonelson.com |
| | |
| | *Attorneys for Defendant SESAC, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Douglas B. Janney III (BPR No. 19112)
LAW OFFICE OF DOUGLAS B. JANNEY III
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
doug@janneylaw.com

G. Scott Fiddler (TX BN 06957750)
Andrew W. Reed (TX BN 24074935)
FIDDLER & ASSOCIATES, P.C.
1004 Congress, 3rd Floor
Houston, TX 77002
scott@fiddlerlaw.com
areed@fiddlerlaw.com

*Attorneys for Plaintiff*

s/ Kenneth A. Weber
Kenneth A. Weber

4841-5307-1216 v1
9600000-000100 08/20/2018